AFFIRM; Opinion Filed February 27, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00533-CR

## JAMES KEITH YOUNG, Appellant

### V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-63495-S

## MEMORANDUM OPINION

Before Justices Francis, Lang, and Evans
Opinion by Justice Evans

James Keith Young waived a jury and pleaded guilty to burglary of a habitation. *See*

TEX. PENAL CODE ANN. § 30.02(a) (West 2011). The trial court assessed punishment at eight

years' imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the

appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v.*

*California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record

showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d

807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant.

We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

DAVID W. EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120533F.U05

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES KEITH YOUNG, Appellant

No. 05-12-00533-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 282nd Judicial District Court of Dallas County, Texas (Tr.Ct.No. F11-63495-S).
Opinion delivered by Justice Evans, Justices Francis and Lang participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered February 27, 2013.

DAVID W. EVANS
JUSTICE